UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   MAGISTRATE NO.: 17 - 9276

               :

V.                  :   CRIMINAL ACTION

               :

Rami Shafi        :   ORDER OF RELEASE

               :

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ✓ ) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ) The defendant shall appear at all future court proceedings;

( ✓ ) Other: Appear at future court proceeding

X R. Shafi
DEFENDANT                      DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

Honorable Anthony R. Mautone
U.S. Magistrate Judge

11/8/17
DATE